IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARRILLO SILVA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA HIGHWAY PATROL; STATE OF CALIFORNIA; OFFICER MINOR,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-07052-AB-SSC<br><br>[~~PROPOSED~~] ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR MODIFICATION OF CURRENT SCHEDULING ORDER AND TRIAL CONTINUANCE |

Having considered Defendants' Application for Modification of Current Scheduling Order and Trial Continuance, this Court finds that:

GOOD CAUSE DOES EXIST to grant Defendants' Application and the current Scheduling Order is modified to the dates agreed upon by the parties in Dkt. No. 28, Exhibit A as listed below:

Jury Trial: August 12, 2025[1]

Final Pretrial Conference: July 25, 2025

Last Date to Hear Motions to Amend Pleadings/Add Parties: November 15, 2024

---

[1] In Exhibit A, the Parties list August 10, 2025 as the start date for trial. August 10, 2025 is a Sunday.

1

1. Non-Expert Discovery Cut-Off: January 27, 2025
2. Expert Disclosure (Initial): February 10, 2025
3. Expert Disclosure (Rebuttal): February 24, 2025
4. Expert Discovery Cut-Off: March 7, 2025
5. Last Date to Hear Motions: March 7, 2025
6. Deadline to Complete Settlement Conference: March 28, 2025
7. Trial Filings (first round): June 30, 2025
8. Trial Filings (second round): July 7, 2025

Dated: October 1, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT