JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARRILLO SILVA,<br>Plaintiff,<br>v.<br>CALIFORNIA HIGHWAY PATROL, *et al.*,<br>Defendants. | Case No. 2:23-cv-07052-CV (SSCx)<br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br>**[DOC. # 65]** |

On September 21, 2026, the Parties filed a Stipulation of Dismissal ("Stipulation"), seeking to dismiss the entire action with prejudice pursuant to Fed. R. Civ. P. 41(a). Doc. # 65. The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the case is DISMISSED WITH PREJUDICE, each party to bear their own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: 10/13/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE